COM.

v.

**RAMOS, X.**

**1746 MDA 2016**

Superior Court of Pennsylvania.

06/23/2017

CP–38–CR–0001648–2013 (Lebanon)

Affirmed

COM.

v.

**MINNEFIELD, T.**

**1020 WDA 2016**

Superior Court of Pennsylvania.

06/23/2017

CP–25–CR–0003188–2011, (Erie)

Affirmed—Application to Withdraw as Counsel Granted

COM.

v.

**BROOKS, B.**

**1108 WDA 2016**

Superior Court of Pennsylvania.

06/23/2017

CP–65–CR–0000660–2015 (Westmoreland)

Affirmed

**IN the INTEREST OF: K.S., a minor,**

**Appeal of: L.W.**

**1219 WDA 2016**

Superior Court of Pennsylvania.

06/23/2017

CP–11–DP–0000120–2016, (Cambria)

Affirmed

COM.

v.

**MICKENS, R.**

**1662 WDA 2016**

Superior Court of Pennsylvania.

06/23/2017

CP–02–CR–0002554–1995, CP–02–CR–0015959–1994 (Allegheny)

Affirmed